# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DEVANTE GRACE

VERSUS

DONALD MYERS, ET AL.

CIVIL ACTION

NO. 15-300-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 30, 2015, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand, including the embedded Rule 11 motion, is **DENIED**.

Signed in Baton Rouge, Louisiana, on August 18, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA